George P. Rodarakis, SBN 222214
Eric J. Sousa, SBN 232541
RODARAKIS & SOUSA, APC
1301 L Street, Suite 4
Modesto, CA 95354
Tel: (209) 554-5232
Fax: (209) 544-1085

Attorneys for Defendant
Rosetti's Market, LLC, as an
entity and dba Rosetti's Corner

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROSETTI'S MARKET, LLC, as an entity and dba "Rosetti's Corner", and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. **2:17-CV-01398-TLN-KJN**<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT** |

The parties to the above-entitled matter, by and through their attorneys, hereby stipulate to an extension of time in which Defendant Rosetti's Market, LLC, as an entity and dba Rosetti's Corner, may answer, move, or otherwise respond to the Complaint for a period of twenty-eight days, up to and including November 15, 2017, and respectfully request that the Court enter the attached order.

DATED:　October 20, 2017　　　　　　　RODARAKIS & SOUSA, APC


　　　　　　　　　　　　　　　　　　　　By:　/s/ George P. Rodarakis
　　　　　　　　　　　　　　　　　　　　　　George P. Rodarakis
　　　　　　　　　　　　　　　　　　　　　　Eric J. Sousa
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　　　　　　　MALAKAUSKAS LAW FIRM


　　　　　　　　　　　　　　　　　　　　By:　/s/ Daniel Joseph Malakauskas
　　　　　　　　　　　　　　　　　　　　　　Daniel Joseph Malakauskas
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1

**STIPULATION AND ORDER GRANTING EXTENSION
OF TIME IN WHICH TO RESPOND TO COMPLAINT**

## ORDER

IT IS SO ORDERED.

Dated: October 20, 2017

_____
Troy L. Nunley
United States District Judge